**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **PEARL IP LICENSING LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**OMRON ELECTRONICS LLC,**<br><br>    Defendant. | Civil Action No.: 1:22-cv-00577-RGA<br><br>**TRIAL BY JURY DEMANDED** |

**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

Plaintiff Pearl IP Licensing LLC and Defendant Omron Electronics LLC (collectively, the "Parties"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate and agree to dismiss all claims against Defendant Omron Electronics LLC and all counterclaims against Plaintiff Pearl IP Licensing LLC WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

Dated: September 22, 2022

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

Howard L. Wernow (*Pro hac vice)*
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Howard.Wernow@sswip.com

ATTORNEYS FOR PLAINTIFF

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, Delaware 19899
(302) 654-1888
amayo@ashbygeddes.com

Charles S. Barquist (*Pro hac vice*)
MASCHOFF BRENNAN
300 South Grand Avenue – 14th Floor
Los Angeles, California 90071
(949) 202-1900
CBarquist@mabr.com

Christina L. Trinh (*Pro hac vice)*
MASCHOFF BRENNAN
100 Spectrum Center Drive – Suite 1200
Irvine, California
(949) 202-1900
CTrinh@mabr.com

ATTORNEYS FOR DEFENDANT

SO ORDERED this  22  day of September, 2022.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE